AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JOSEPH EBIN and YERUCHUM JENKINS | ) | 13 CV 2311 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| KANGADIS FOOD INC., d/b/a THE GOURMET FACTORY | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kangadis Food Inc., d/b/a The Gourmet Factory
55 Corporate Drive
Hauppauge, New York 11788
Suffolk County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: APR 08 2013

*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Scott Bursor, 2806487<br>Bursor & Fisher, P.A.<br>888 7th Ave<br>New York, NY 10019 | (646) 837-7103 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>123 Capatriti | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of New York

State of NY

PLAINTIFF:

Ebin, et al.

DEFENDANT:

Kangadis Food Inc., d/b/a The Gourmet Factory

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>13-cv-02311 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Case Cover Sheet, Summons, Notice of Related Case, ECF Filing Rules, Judge Rakoff's Rules

2. Party Served: Kangadis Food Inc., d/b/a The Gourmet Factory

3. Person Served: Marilyn Roman, Executive Assistant - Person authorized to accept service of process

4. Date & Time of Delivery: 4/12/2013    11:56 AM

5. Address, City and State: 55 Corporate Drive
Hauppague, NY  11788

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 159.95

Not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Jesse Goldman
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: _Jesse Goldman_

OL# 1769054